NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS E. RUBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 2:16-cv-2567 RGK(JPRx)<br><br>[~~Proposed~~] Judgment |

On the Government's motion for summary judgment and for good cause shown, judgment is entered in favor the United States of America, Defendant, and against Thomas E. Rubin, Plaintiff.

IT IS SO ORDERED.

Date: November 21, 2019

*/s/ Gary Klausner*

R. GARY KLAUSNER

UNITED STATES DISTRICT JUDGE